IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIA MLADINOV, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   No. 19-cv-3003 |
| LA QUINTA INNS, INC., a Foreign Corporation, LQ MANAGEMENT L.L.C., a Foreign Corporation, | ) ) ) ) ) |
|     Defendants. | ) |

**NOTICE OF REMOVAL**

NOW COMES Defendant LQ MANAGEMENT LLC ("LQ"), incorrectly sued as LA QUINTA INNS, INC., by and through its attorneys, James P. Balog and Alyssa R. Spartz, and pursuant to 28 U.S.C. §§1332, 1441, and 1446, removes this action to the United States District Court for the Northern District of Illinois, and in support thereof, state as follows:

PLEADINGS AND BACKGROUND

1. The movant's Notice of Removal is based upon subject matter jurisdiction conferred by diversity of citizenship, as established in 28 U.S.C. § 1332.

2. This matter arises out of an incident which occurred on June 30, 2017 at the LaQuinta Inn located at 1 South Franklin Street, Chicago, Illinois. Plaintiff filed a Complaint in the Circuit Court of Cook County, Law Division, styled <u>MARIA MLADINOV v. LA QUINTA INNS, INC, a foreign corporation; LQ MANAGEMENT LLC., a foreign corporation</u> bearing Case No. 2019 L 000845. (*See* Exhibit A, Plaintiff's Complaint at Law).

3. LQ first received Plaintiff's Complaint when it was served with process on February 22, 2019. (*See* Exhibit B, Service of Process Notice).

4. In response to the Complaint, LQ filed its Appearance and Jury Demand on March 15, 2019. (*See* Exhibit C, Appearance and Jury Demand).

5. On March 15, 2019, LQ issued Requests to Admit to Plaintiff regarding her citizenship and damages. (*See* Exhibit D, Defendant's Requests to Admit).

6. On April 11, 2019, Plaintiff denied that she was a citizen of the State of Illinois, and admitted that she was seeking damages of over $75,000. (*See* Exhibit E, Plaintiff's Answers to Requests to Admit).

BASIS FOR DIVERSITY

7. Both at the time of the commencement of the State Court action and at the present time, Defendant, LQ Management, is a Texas Corporation and its executive headquarters are located in Irving, Texas.

8. A corporation has a single principal place of business where its executive headquarters are located. *Metropolitan Life Ins. Co. v. Estate of Cammon*, 929 F.2d 1220, 1223 (7th Cir. 1991). Therefore, at all pertinent times, LQ Management is and has been a citizen of Texas.

9. At all times relevant, Plaintiff was not and continues to deny that she was a citizen of Illinois.

10. In addition, Plaintiff is claiming the amount in controversy exceeds $75,000.

11. With the first notice that the claimed amount in controversy exceeded $75,000 and that Plaintiff is a not a citizen of Illinois (thereby fulfilling diversity requirements) occurring on or about April 11, 2019, this Notice was filed within thirty (30) days of "receipt by the defendant[s], through service or otherwise, of a copy of an amended pleading, motion,

order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. §1446(b)(3).

12. As required by 28 U.S.C. § 1446(d), the movant will promptly serve upon Plaintiff's counsel and file with the Circuit Court of Cook County, a true and correct copy of this Notice.

13. By removing this action, Defendant does not waive any defenses available to it.

14. If any question arises as to the propriety of the removal of this action, the movant requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

15. This Notice is signed and in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant LQ Management, incorrectly sued as La Quinta Inns, a foreign corporation, prays that this Honorable Court retain jurisdiction of the matter pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Dated: May 3, 2019

                                          Respectfully submitted,
                                          O'HAGAN MEYER LLC

                                          By: _____
                                                 One of the Attorneys for Defendant,
                                                 LQ Management LLC

James P. Balog
Alyssa R. Spartz
O'Hagan Meyer, LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
Tel: 312-422-6100/Fax: 312-422-6110

jbalog@ohaganmeyer.com
aspartz@ohaganmeyer.com