FILED
1/24/2019 11:10 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2019L000845

FILED DATE: 1/24/2019 11:10 AM  2019L000845

Attorney Code #50059
C:\MyFiles\COMPLAINT\Premise Liability-foreign substance on the floor.wpd

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT-LAW DIVISION

| | |
|---|---|
| MARIA MLADINOV,  Plaintiff, vs.  LA QUINTA INNS, INC., a Foreign Corporation, LQ MANAGEMENT L.L.C., a Foreign Corporation,  Defendant. | No.: |

### COMPLAINT AT LAW

Now comes the Plaintiff, MARIA MLADINOV, by and through her attorneys, MARK L. KARNO & ASSOCIATES, LLC and ANKIN LAW OFFICE, LLC, and in complaining of the Defendants, LA QUINTA INNS, INC., a Foreign Corporation, and LQ MANAGEMENT L.L.C., states and alleges as follows:

### COUNT I
*Maria Mladinov v. La Quinta Inns, Inc.*

1. That on or about June 30, 2017 and at all relevant times, the defendant, LA QUINTA INNS, INC., a Foreign Corporation, possessed, operated, owned, leased, maintained and controlled a certain property commonly known as 1 South Franklin Street, Chicago, Cook County, Illinois wherein it provided hotel lodging to the general public.

2. That at all relevant times, the Plaintiff was an invitee of the Defendants at its store located at 1 South Franklin, Cook County, Illinois as an occupant of one of the hotel rooms.

3. It was the duty of the defendant to exercise ordinary care and caution for those persons legally on the premises at 1 South Franklin Street, Chicago, Cook County, Illinois and to keep the floor and stairs of the premises in a reasonably safe condition for the purpose for which

1

it was intended and to warn its invitees of any dangerous conditions.

4. That on or about June 30, 2017, plaintiff was lawfully on the premises as a guest of the hotel when as a direct and proximate result of the negligence of the defendant, either individually or by its agents and employees, as will be hereinafter alleged, plaintiff slipped and fell with great force and violence due to a foreign substance being left on the stairs leading from the first floor to the second floor, causing her severe and permanent injuries as will be hereinafter alleged.

5. Defendant, either individually or by its agents and employees, were guilty of one or more of the following negligent acts and/or omissions to act:

    a. Allowed a foreign substance to remain upon the surface of the stairs, thereby causing a slippery and hazardous condition for the customers using the premises;

    b. Failed to use ordinary care to keep and maintain the premises in a proper and safe condition;

    c. Failed to inspect the premises, thereby failing to keep the premises free of foreign substances;

    d. Failed to provide a finished surface on the treads of the staircase made of materials which will not cause danger of slipping in violation of Section 13-160-330(d) of the City of Chicago Building Code.

    e. Failed to warn the Plaintiff of the dangerous condition existing on the premises.

6. That as a direct and proximate result of one or more of the foregoing wrongful acts or omissions to act on the part of the Defendant and/or its agents, the Plaintiff slipped and fell while walking down the aforesaid staircase and sustained injuries, both internally and externally, of a permanent and lasting nature; that Plaintiff was caused to and will in the future be caused to endure pain and suffering in her body and mind; that in an endeavor to cure herself of said

injuries, the Plaintiff was caused to and will in the future be caused to expend money for medical care; furthermore, that the Plaintiff was unable to and will in the future be unable to attend to her normal affairs and duties for an extended period of time.

Wherefore the plaintiff, MARIA MLADINOV, by and through her attorneys, MARK L. KARNO & ASSOCIATES, LLC and ANKIN LAW OFFICE, LLC prays for judgment against the defendants, LA QUINTA INNS, INC., a Foreign Corporation, for an amount in excess of $50,000.00, plus her costs of suit.

## COUNT II
### *Maria Mladinov v. LQ Management L.L.C.*

1. Pleading in the alternative, that on or about June 30, 2017 and at all relevant times, the defendant, LQ MANAGEMENT L.L.C., a Foreign Corporation, possessed, operated, owned, leased, maintained and controlled a certain property commonly known as 1 South Franklin Street, Chicago, Cook County, Illinois wherein it provided hotel lodging to the general public.

2. That at all relevant times, the Plaintiff was an invitee of the Defendants at its store located at 1 South Franklin, Cook County, Illinois as an occupant of one of the hotel rooms.

3. It was the duty of the defendant to exercise ordinary care and caution for those persons legally on the premises at 1 South Franklin Street, Chicago, Cook County, Illinois and to keep the floor and stairs of the premises in a reasonably safe condition for the purpose for which it was intended and to warn its invitees of any dangerous conditions.

4. That on or about June 30, 2017, plaintiff was lawfully on the premises as a guest of the hotel when as a direct and proximate result of the negligence of the defendant, either individually or by its agents and employees, as will be hereinafter alleged, plaintiff slipped and fell with great force and violence due to a foreign substance being left on the stairs leading from

FILED DATE: 1/24/2019 11:10 AM 2019L000845

the first floor to the second floor, causing her severe and permanent injuries as will be hereinafter alleged.

5. Defendant, either individually or by its agents and employees, were guilty of one or more of the following negligent acts and/or omissions to act:

    a. Allowed a foreign substance to remain upon the surface of the stairs, thereby causing a slippery and hazardous condition for the customers using the premises;

    f. Failed to use ordinary care to keep and maintain the premises in a proper and safe condition;

    g. Failed to inspect the premises, thereby failing to keep the premises free of foreign substances;

    h. Failed to provide a finished surface on the treads of the staircase made of materials which will not cause danger of slipping in violation of Section 13-160-330(d) of the City of Chicago Building Code.

    i. Failed to warn the Plaintiff of the dangerous condition existing on the premises.

6. That as a direct and proximate result of one or more of the foregoing wrongful acts or omissions to act on the part of the Defendant and/or its agents, the Plaintiff slipped and fell while walking down the aforesaid staircase and sustained injuries, both internally and externally, of a permanent and lasting nature; that Plaintiff was caused to and will in the future be caused to endure pain and suffering in her body and mind; that in an endeavor to cure herself of said injuries, the Plaintiff was caused to and will in the future be caused to expend money for medical care; furthermore, that the Plaintiff was unable to and will in the future be unable to attend to her normal affairs and duties for an extended period of time.

Wherefore the plaintiff, MARIA MLADINOV, by and through her attorneys, MARK L. KARNO & ASSOCIATES, LLC and ANKIN LAW OFFICE, LLC prays for judgment against

FILED DATE: 1/24/2019 11:10 AM 2019L000845

the defendants, LQ MANAGEMENT L.L.C., a Foreign Corporation, for an amount in excess of $50,000.00, plus her costs of suit.

RESPECTFULLY,

/s/ *Mark L. Karno*
MARK L. KARNO
MARK L. KARNO & ASSOCIATES, LLC
and ANKIN LAW OFFICE, LLC
33 North La Salle Street
Suite 3500
Chicago, IL 60602
P: 312-701-0090
F: 312-701-0060
mail@karnolaw.com
Code # 50059

5

FILED DATE: 1/24/2019 11:10 AM 2019L000845

Attorney Code #50059
C:\MyFiles\COMPLAINT\Premise Liability-foreign substance on the floor.wpd

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT-LAW DIVISION

| | |
|---|---|
| MARIA MLADINOV, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No.: |
| ) | |
| LA QUINTA INNS, INC., a Foreign Corporation, LQ ) | |
| MANAGEMENT L.L.C., a Foreign Corporation, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF DAMAGES PURSUANT TO
### SUPREME COURT RULE 222

The Plaintiff, MARIA MLADINOV, by and through her attorneys, MARK L. KARNO & ASSOCIATES, L.L.C. and ANKIN LAW OFFICE, LLC, hereby certifies under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure that the Complaint in the above entitled action seeks money damages in excess of $50,000.00.

*/s/Mark L. Karno*

**MARK L. KARNO**

MARK L. KARNO
MARK L. KARNO & ASSOCIATES, LLC
And ANKIN LAW OFFICE, LLC
Attorneys for Plaintiff(s)
33 North La Salle Street
Suite 3500
Chicago, IL 60602
(312) 701-0090
mail@karnolaw.com
Cook County Code No.: 50059

6